1
2
3
4
5                                                JS-6
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   MATTHEW PREVOST,                    Case No: CV11-10407 MMM(FFMx)
12           Plaintiff,
                                         **ORDER DISMISSING ENTIRE ACTION
13       vs.                             WITH PREJUDICE**
14   LIFE INSURANCE COMPANY OF
     NORTH AMERICA,
15
16           Defendant
17
18
# O R D E R
19
20       The parties having stipulated that this matter has been resolved in its entirety and
21   each side to bear their own attorneys fees and costs, this matter is hereby dismissed
22   with prejudice.
23
24   **IT IS SO ORDERED.**
25
26   Dated: August 13, 2012         _____
                                    HONORABLE MARGARET M. MORROW
27                                  UNITED STATES DISTRICT JUDGE
28

