# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW PREVOST, | Case No: CV11-10407 MMM(FFMx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 13, 2012

*/s/ Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE